

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHUKWUMA E. AZUBUKO, )
)
Plaintiff, )
)
v. ) Civil Action No. 19-2764 (UNA)
)
PETER B. KRUPP, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The plaintiff sues two Massachusetts Superior Court Justices, each of whom presided over a civil case plaintiff filed in the Middlesex Superior Court. It is apparent that all of the plaintiff's claims pertain to actions, such as denying the plaintiff a jury trial and issuing unfavorable rulings, these defendants have taken in their judicial capacities. Such claims cannot survive because the defendants enjoy absolute immunity from suit. *See Mirales v. Waco*, 502 U.S. 9 (1991) (finding that "judicial immunity is an immunity from suit, not just from ultimate assessment of damages); *Stump v. Sparkman*, 435 U.S. 349, 364 (1978) (concluding that state judge was "immune from damages liability even if his [decision] was in error"); *Pierson v. Ray*, 386 U.S. 547, 553-54 (1967) ("Few doctrines were more solidly established at common law than the immunity of judges from liability for damages for acts committed within their judicial jurisdiction, as this Court recognized when it adopted the doctrine, in *Bradley v. Fisher*, 13 Wall. 335, 20 L. Ed. 646 (1872)."); *see also Forrester v. White*, 484 U.S. 219, 226-27 (1988) (discussing "purposes served by judicial immunity from liability in damages"). Therefore, the

Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint and this civil action. *See* 28 U.S.C. § 1915(e)(2)(B)(iii).

An Order consistent is issued separately.

DATE: October 7, 2019

CHRISTOPHER R. COOPER
United States District Judge